UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEE MEMORIAL HEALTH SYSTEM,

        Plaintiff,

vs.                    Case No. 2:04-cv-445-FtM-29DNF

MEDICAL SAVINGS INSURANCE COMPANY,

        Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion to Interview Jurors (Doc. #281) filed on February 2, 2007. Defendant filed two Notices of Supplemental Authority (Docs. #294, 312), and plaintiff filed a Response (Doc. #296) in opposition to the motion. Defendant requests to interview all jurors in the recently completed trial. For the reasons set forth below, the motion is denied.

After what can fairly be characterized as a hard fought trial, the jury rendered its verdict in favor of plaintiff. After the Court read the verdict aloud, all jurors collectively affirmed that it was their verdict. The Court then individually polled each of the jurors, and each juror individually affirmed that the verdict form accurately reflected his or her verdict.

Defendant represents that after the verdict and outside the courthouse, one of the jurors (1) indicated that defendant "should continue its battle against hospital overpricing if they believed

it was right"; (2) motioned for defense counsel to approach her automobile and (a) was visibly upset and crying, and (b) stated "God forgive me, look at the voir dire questions." From this defendant argues that there may be grounds for a legal challenge to the verdict and the possibility of external prejudice of influence on the jury process.

Under the Local Rules, an attorney may seek permission to interview a juror or jurors if the party believes that grounds for legal challenge to a verdict exists. Local Rule 5.01(d), Local Rules of the United States District Court, Middle District of Florida. The Court finds that defendant has failed to establish sufficient predicate facts to justify either an interview of the juror in question or the entire jury. E.g., United States v. Orisnord, No. 05-14659, ___ F.3d ___, 2007 WL 1062529, 2007 U.S. App. LEXIS 8287 (11th Cir. Apr. 11, 2007) and cases cited therein.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Interview Jurors (Doc. #281) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of April, 2007.

JOHN E. STEELE
United States District Judge

Copies: Counsel of record

-2-